

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-1505-CAB |
| Plaintiff, | |
| v. | ORDER UNSEALING INDICTMENT |
| PEDRO INZUNZA NORIEGA (1),<br>  aka "Sagitario,"<br>  aka "120,"<br>  aka "El de la Silla,"<br>PEDRO INZUNZA CORONEL (2),<br>  aka "Pichon,"<br>  aka "Pajaro,"<br>  aka "Bird,"<br>DAVID ALEJANDRO<br>  HEREDIA VELAZQUEZ (3),<br>  aka "Tano,"<br>  aka "Mr. Jordan,"<br>OSCAR RENE GONZALEZ MENENDEZ (4),<br>  aka "Rubio."<br>ELIAS ALBERTO QUIROS BENAVIDES (5),<br>DANIEL EDUARDO BOJORQUEZ (6),<br>  aka "Chopper,"<br>JAVIER ALONSO VAZQUEZ SANCHEZ (7),<br>  aka "Tito,"<br>  aka "Drilo," | |
| Defendants. | |

The United States moved this Court to unseal the Indictment Case No. 25-CR-1505-CAB. Based on the reasons cited by the United States,

and for good cause appearing, it is hereby ordered that the Indictment in Case No. 25-CR-1505-CAB, shall be unsealed.

SO ORDERED.

Dated: May 12, 2025

_____
Honorable Steve B. Chu
United States Magistrate Judge