IREDALE ROTH APC
Danielle R. Iredale (Cal. Bar No. 304693)
185 West F Street, Suite 100
San Diego, CA 92101
Tel: (619) 230-5606
(619) 230-5204
Email: danni@iredaleroth.com

Counsel for Defendant
Pedro Inzunza Noriega

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PEDRO INZUNZA NORIEGA [1],<br>OSCAR RENEE GONZALEZ MENENDEZ [4],<br>DANIEL EDUARDO BOJORQUEZ [6]<br><br>Defendant. | Case No. 25CR1505-CAB<br><br>The Hon. Cathy Ann Bencivengo<br><br>JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Counsel for Pedro Inzunza Noriega, Counsel for Oscar Renee Gonzalez Menendez, and counsel for Daniel Eduardo Bojorquez, and the assigned Assistant U.S. Attorney, move jointly to continue the upcoming Motion Hearing/Trial Setting from August 21, 2026, to October 16, 2026 and to exclude time under the Speedy Trial Act through October 16, 2026.

This case proceeded by indictment and alleges violations of, among other statutes, 21 U.S.C. §848(a), Continuous Criminal Enterprise. The investigation spanned years and the discovery reflects a long-term investigation that appears to have been conducted by at least two federal agencies, as well as foreign law enforcement. To date, the defense has received numerous Reports of Investigation, evidence regarding seizures, photographs, and phone data. The discovery is voluminous. A third discovery production was recently produced.

Counsel for Mr. Gonzalez Menendez has just joined the case only about two months ago, and therefore requires additional time to review this discovery to determine what substantive motions may be filed. Moreover, counsel for Mr. Inzunza Noriega continues to need to travel out of state for client visits, thus requiring additional time and resources put towards discovery review with her client.

The parties also ask the Court to exclude time through October 16, 2026. The discovery in this case remains voluminous and complex, and the defense continues to exercise reasonable and good-faith diligence reviewing it and determining whether substantive motions will be filed and preparing for trial. Additionally, counsel for Mr. Gonzalez Menendez has joined the case a little over two months ago, and counsel Mr. Inzunza Noriega needs to travel out of state each time she sees her client. The defense is working diligently, but requires additional time to thoroughly review all the discovery, particularly as part of the defense team remains quite new to the case. For these reasons, the Court may find that the interests of justice served by granting the exclusion outweigh the best interests of the defendants and the public in a speedy trial.

Dated: August 17, 2026

Respectfully Submitted,

IREDALE ROTH APC

By: *<u>/s/ Danielle Iredale</u>*
*<u>/s/Maxine Dobro</u>*
Danielle R. Iredale
Maxine Dobro
Counsel for Pedro Inzunza Noriega

By: *<u>/s/ Martin Molina</u>*
Martin Molina
Counsel for Eduardo Bojorquez

By: /s/ *Kenan Gultekin*
Kenan Gultekin
Counsel for Oscar Gonzalez Mendendez

ADAM GORDON
United States Attorney

By: */s/ Joshua Mellor*
Joshua Mellor
Assistant U.S. Attorney